**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: :
: No. 761
DESIGNATION OF VICE-CHAIR OF THE :
COMMITTEE ON RULES OF EVIDENCE : SUPREME COURT RULES DOCKET

**ORDER**

**PER CURIAM**

**AND NOW**, this 16th day of February, 2018, Christopher H. Connors, Esquire, is designated as Vice-Chair of the Committee on Rules of Evidence, commencing May 1, 2018.